IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

FELIX ORTIZ SANTIAGO,

Plaintiff

v.                                    CIVIL 97-1485 (CCC)

UNITED STATES OF AMERICA,

Defendant

## O R D E R

The letter by attorney Paul R. Nalven is treated as a letter and is denied. Counsel is urged to read our local rules.

In San Juan, Puerto Rico, this 22nd day of September, 1999.

JUSTO ARENAS
United States Magistrate Judge