IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ENTERED ON DOCKET
DEC - 1 1999 PURSUANT
TO FRCP RULES 58 & 79a

FELIX ORTIZ-SANTIAGO

Petitioner

vs                                    CIVIL 97-1485CCC

UNITED STATES OF AMERICA

Respondent

## JUDGMENT

Having considered the Magistrate Judge's Report and Recommendation (**docket entry 10**) to which no objections have been filed, the Magistrate Judge's recommendation is ADOPTED and this action is hereby DISMISSED, without prejudice, to petitioner's seeking to reopen the same once he is in a position to actively participate in this case.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on November 30th, 1999.

CARMEN CONSUELO CEREZO
United States District Judge

s/c. H. Doran
     J. Ortiz

DEC - 1 1999

AO 72A
(Rev 8/82)